```
1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700
```

**FILED**

AUG 2 4 2017


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-0153 TLN |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| DAVID BONUCCELLI, | |
| Defendants, | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew M. Yelovich to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: Aug 24, 2017

_____
HONORABLE DEBORAH BARNES
United States Magistrate Judge