UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 29, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID L. BONUCCELLI,

Defendant.

Case No. 2:17-cr-00153-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID L. BONUCCELLI Case No. 2:17-cr-00153-TLN Charges 18 USC § 664 and 1027 from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

**X** Unsecured Appearance Bond $ 50,000 co-signed by Deborah Bonuccelli

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Pretrial Supervision will not be enforced. Conditions as stated on the record in open court.

Issued at Sacramento, California on August 29, 2017 at 2:00 PM

By: _[signature]_

Magistrate Judge Kendall J. Newman