PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00153 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID L. BONUCCELLI, | DATE: November 9, 2017 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 9, 2017.

2. By this stipulation, defendant now moves to continue the status conference until January 25, 2018, at 9:30 a.m., and to exclude time between November 9, 2017, and January 25, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 10,589 pages of investigative reports, financial and business records, among other items. All of this discovery has been produced directly to counsel.

   b) Counsel for defendant desires additional time consult with his client, review the

voluminous discovery, and conduct additional legal and factual research regarding the charges in this case.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2017 to January 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

Dated: October 31, 2017                             PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ MATTHEW M. YELOVICH
                                                   MATTHEW M. YELOVICH
                                                   Assistant United States Attorney

Dated: October 31, 2017

/s/ MALCOLM SEGAL
MALCOLM SEGAL
Counsel for Defendant
DAVID L. BONUCCELLI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of November, 2017.

_____
Troy L. Nunley
United States District Judge