1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00153 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID L. BONUCCELLI, | DATE: January 25, 2018 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 25, 2018.

2. By this stipulation, defendant now moves to continue the status conference until April 26, 2018, at 9:30 a.m., and to exclude time between January 25, 2018, and April 26, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 10,589 pages of investigative reports, financial and business records, among other items. All of this discovery has been produced directly to counsel.

   b) Counsel for defendant desires additional time consult with his client, continue to

review the voluminous discovery, and conduct additional legal and factual research regarding the charges in this case.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2018 to April 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

Dated: January 17, 2018        MCGREGOR W. SCOTT
                    United States Attorney

                    /s/ MATTHEW M. YELOVICH
                    MATTHEW M. YELOVICH
                    Assistant United States Attorney

Dated: January 17, 2018        /s/ MALCOLM SEGAL
                    MALCOLM SEGAL
                    Counsel for Defendant
                    DAVID L. BONUCCELLI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of January, 2018.

Troy L. Nunley
United States District Judge