1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00153 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID L. BONUCCELLI, | DATE: August 16, 2018 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 16, 2018.

2. By this stipulation, defendant now moves to continue the status conference until October 11, 2018, at 9:30 a.m., and to exclude time between August 16, 2018, and October 11, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 10,589 pages of investigative reports, financial and business records, among other items. All of this discovery has been produced directly to counsel.

   b) In addition, the government has recently provided additional information to

defense counsel that counsel wishes to discuss and review with his client.

      c) In light of the discovery, the complexity of the underlying financial records, and the recent information given by the government, counsel for defendant desires additional time to consult with his client, continue to review the voluminous discovery, and conduct additional legal and factual research regarding the charges in this case.

      d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) The government does not object to the continuance. The parties anticipate seeking trial dates at the next status conference.

      f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 16, 2018 to October 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: August 9, 2018						MCGREGOR W. SCOTT
								United States Attorney

								/s/ MATTHEW M. YELOVICH
								MATTHEW M. YELOVICH
								Assistant United States Attorney

Dated: August 9, 2018						/s/ MALCOLM SEGAL
								MALCOLM SEGAL
								Counsel for Defendant
								DAVID L. BONUCCELLI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of August, 2018.

_____
Troy L. Nunley
United States District Judge