MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00153 TLN |
| Plaintiff, | STIPULATION REGARDING TRIAL DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID L. BONUCCELLI, | DATE: October 11, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 11, 2018.

2. **By this stipulation, the parties now jointly move to (1) vacate the October 11, 2018, status conference, (2) set a trial date of November 4, 2019, at 9:00 a.m., (3) set a trial confirmation hearing on September 26, 2019, at 9:30 a.m., and (4) set a status conference for February 7, 2019, at 9:30 a.m. Furthermore, defendant moves to exclude time between October 11, 2018, and November 4, 2019, under Local Code T4.**

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 10,589 pages of investigative reports, financial and business records,

among other items.  All of this discovery has been produced directly to counsel.  The government anticipates making additional discovery available to the defense prior to trial..

      b) In light of the discovery, the complexity of the underlying financial records, and the need for continuity of counsel, counsel for defendant desires additional time to consult with his client, continue to review the voluminous discovery, and conduct additional legal and factual research regarding the charges in this case.

      c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) The government does not oppose the requested exclusion of time and continuance.

      e) Based on the above-stated findings, the ends of justice served by continuing the case as requested to a November 4, 2019 trial date outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2018 to November 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 4, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>MIRIAM R. HINMAN<br>Assistant United States Attorneys |
| Dated: October 4, 2018 | | /s/ MALCOLM SEGAL<br>MALCOLM SEGAL<br>Counsel for Defendant<br>DAVID L. BONUCCELLI |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of October, 2018.

_____
Troy L. Nunley
United States District Judge