MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. BONUCCELLI,<br><br>Defendant. | CASE NO. 2:17-CR-00153 TLN<br><br>STIPULATION REGARDING CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: February 7, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 7, 2019, and set for trial to commence November 4, 2019.

2. By this stipulation, the parties now move to continue the status conference until March 28, 2019. Time within which trial must commence under the Speedy Trial Act has previously been excluded in this matter through the trial date of November 4, 2019. *See* ECF No. 25. Defense counsel continues to prepare for trial as previously stated.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

1

IT IS SO STIPULATED.

Dated: February 4, 2019          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ MATTHEW M. YELOVICH
                                 MATTHEW M. YELOVICH
                                 MIRIAM R. HINMAN
                                 Assistant United States Attorneys


Dated: February 4, 2019          /s/ MALCOLM SEGAL
                                 MALCOLM SEGAL
                                 Counsel for Defendant
                                 DAVID L. BONUCCELLI

**ORDER**

IT IS SO ORDERED this 5th day of February, 2019.

_____
Troy L. Nunley
United States District Judge