Candice L. Fields, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814-4716
Telephone:　(916) 414-8050
Facsimile:　 (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorneys for Defendant
David L. Bonuccelli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID L. BONUCCELLI,<br><br>　　　　　Defendant. | CASE NO. 2:17-CR-00153 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:　March 28, 2019<br>TIME:　 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status on March 28, 2019.

　　　2.　On March 22, 2019, attorney Candice L. Fields filed a proposed Substitution of Attorney as counsel of record for defendant David L. Bonuccelli.

　　　3.　On March 25, 2019, the Court approved and ordered the Substitution of Attorney.

　　　4.　By this stipulation, defendant now moves to continue the status conference until July 11, 2019, at 9:30 a.m., under Local Code T4.

　　　5.　The parties agree and stipulate, and request that the Court find the following:

1

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

a) The government has produced approximately 10,589 pages of investigative reports, financial and business records, among other items. All of this discovery was produced directly to predecessor counsel who, in turn, has made it available to attorney Fields.

b) Counsel for defendant, having just been retained on this matter, desires additional time to review the voluminous discovery, consult with her client, and conduct additional legal and factual research regarding the charges in this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2019 to July 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

/ / /

Dated: March 25, 2019         MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ MATTHEW M. YELOVICH
                              MATTHEW M. YELOVICH
                              Assistant United States Attorney


Dated:  March 25, 2019        CANDICE FIELDS LAW

                              /s/ CANDICE L. FIELDS
                              CANDICE L. FIELDS
                              Attorneys for Defendant
                              DAVID L. BONUCCELLI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of March, 2019.

Troy L. Nunley
United States District Judge