MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00153 TLN |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | DATE: July 11, 2019 |
| DAVID L. BONUCCELLI, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 11, 2019.

2. By this stipulation, the defendant now moves to continue that status conference to August 1, 2019, at 9:30 a.m.

3. Time under the Speedy Trial Act has previously been excluded in this matter through the first day of trial, set for November 4, 2019, under Local Code T4, which defense counsel continues to believe is necessary and appropriate for adequate defense preparation, taking into account due diligence.

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| Dated: June 24, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>MIRIAM R. HINMAN<br>Assistant United States Attorneys |
| Dated: June 24, 2019 | | /s/ CANDICE FIELDS<br>CANDICE FIELDS<br>Counsel for Defendant |

**ORDER**

IT IS SO ORDERED this 25th day of June, 2019.

_____
Troy L. Nunley
United States District Judge