McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>DAVID L. BONUCCELLI,<br><br>                      Defendant. | CASE NO. 2:17-cr-00153-TLN<br><br>**STIPULATION RE CRIMINAL MONETARY PENALTIES AND THE DEPOSIT OF MONEY INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |

Pursuant to the plea agreement (Plea Agreement) filed in this case, defendant David L. Bonuccelli pleaded guilty on August 1, 2019, to Count One of the Indictment, charging Theft or Embezzlement from Employee Benefit Plan in violation of Title 18, United States Code, Section 664. The Plea Agreement memorializes the United States and Defendant's (the Parties) agreement on, among other things, the payment of criminal monetary penalties. Sentencing is currently scheduled for January 14, 2021, but defense counsel anticipates requesting a continuance.

This stipulation re criminal monetary penalties and the deposit of money into the Court's deposit fund (Stipulation) sets forth the Parties' agreed procedures for Defendant's prejudgment payment of the special assessment and restitution. The Stipulation is based on the following grounds:

1.  The Parties filed their signed Plea Agreement in this case on August 1, 2019. ECF No. 37.

2.       Consistent with the Plea Agreement, Defendant pleaded guilty to Count One of the Indictment, charging Theft or Embezzlement from Employee Benefit Plan in violation of 18 U.S.C. § 664.  Minutes of the August 1, 2019 Change of Plea hearing, ECF No. 34.

3.       The Plea Agreement states the Parties' agreement concerning criminal monetary penalties as follows:

  A.   <u>Special assessment</u>.  Defendant agrees to pay a $100 special assessment at the time of sentencing.  Plea Agreement, ¶ II D.

  B.   <u>Restitution</u>.  Defendant agrees to pay his victims restitution in the approximate amount of $202,192.  *Id*. ¶ II B.  He has paid some of his victims, but still owes one victim $10,922.  As to a second victim who has not yet been personally repaid, defendant has provided a check for $1,731 to the employee benefit plan, and the parties anticipate that victim will receive his restitution through the plan.

  C.   <u>Fine</u>.  The Parties agreed that Defendant reserves his right to argue that his inability to pay a fine warrants the imposition of no fine, while the United States reserves its right to oppose waiver of a fine.  *Id.* ¶ II C.

4.       Since his guilty plea on August 1, 2019, Defendant has requested repeated continuances of his sentencing hearing for a variety of reasons, including family health issues, new counsel, and the general COVID-19 pandemic.

5.       Defendant agrees to make a prejudgment payment of $11,022 (representing the special and restitution amounts due).  He agrees to pay this amount to the Clerk of the Court in accordance with the payment instructions in the accompanying order by December 30, 2020 (Restitution Due Date).

6.       The Parties' also stipulate to an order directing the Clerk of Court to accept Defendant's prejudgment payments, deposit them into the Court's Deposit Fund, and apply those payments to any Court ordered criminal monetary penalties following sentencing according to the Schedule of Payments section of the Judgment in a Criminal Case.  Defendant will not oppose the application of the payments towards the criminal monetary penalties entered against him.

7.       The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

STIPULATION RE CRIMINAL
MONETARY PENALTIES. ETC: AND ORDER

Respectfully submitted,

FOR THE UNITED STATES:

MCGREGOR W. SCOTT
United States Attorney

Dated: December 23, 2020    By:    */s/ Miriam R. Hinman*
                                                         MIRIAM R. HINMAN
                                                         KURT A. DIDIER
                                                          Assistant United States Attorneys

FOR THE DEFENDANT:

Dated: December 23, 2020    By:    */s/ David Fischer*
                                                         DAVID FISCHER, Attorney for Defendant, with
                                                         Defendant's consent

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Criminal Monetary Penalties and the Deposit of Money into the Court's Deposit Fund (Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant David L. Bonuccelli (Defendant) shall pay $11,022 to the Clerk of the Court by delivering cashier's check(s) in that amount by December 30, 2020.

2. Defendant shall make his payments payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Defendant shall also state the docket number (Case No.: 2:17-cr-00153-TLN) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of the Court shall deposit all prejudgment payments received from Defendant into the Court's Deposit Fund.

4. Defendant's prejudgment payments shall remain in the Court's Deposit Fund pending adjudication of this case. Upon sentencing, the payments shall be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  December 28, 2020

Troy L. Nunley
United States District Judge

4
STIPULATION RE CRIMINAL
MONETARY PENALTIES. ETC: AND ORDER