DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
DAVID L. BONUCCELLI

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>DAVID L. BONUCCELLI,<br><br>    Defendant. | CR.S. No. 2:17-cr-00153 TLN<br><br>**ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW FOR TRAVEL** |

## ORDER

The defendant's request for permission to travel to Boise, Idaho between December 22, 2021 and December 26, 2021, to spend the Christmas Holiday with his wife's family is unopposed by the government and by probation. Accordingly, it is granted.

**IT IS SO ORDERED**

**DATED: December 9, 2021**

_____
Troy L. Nunley
United States District Judge